UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:17-cv-60544-JEM

JANET HOYT,

    Plaintiff,

vs.

BROWARD CUSTOM KITCHENS, INC.,
d/b/a BROWARD CUSTOM KITCHENS,

    Defendant.
_____/

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JANET HOYT ("Plaintiff"), and Defendant, BROWARD CUSTOM KITCHENS, INC. d/b/a BROWARD CUSTOM KITHCENS ("Defendant") stipulate and agree to dismiss this case with prejudice, each side to bear his/its own fees and costs. Therefore, Plaintiff and Defendant respectfully request this Honorable Court dismiss this case with prejudice, with each party to bear its own fees and costs.

Dated: July 19, 2017.

| **WEISS LAW GROUP, P.A.** | **MINERLEY FEIN, P.A.** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 1200 N. Federal Highway, Suite 420 |
| Suite 103 | Boca Raton, FL 33432 |
| Coral Springs, FL 33067 | Phone: 561/362-6699 |
| Tel: (954) 573-2800 | Fax: 561/447-9884 |
| Fax: (954) 573-2798 | |
| | By: /s/ Kenneth L. Minerley |
| BY:  /s/ Jason S. Weiss | Kenneth L. Minerley |
| Jason S. Weiss | Fla. Bar No. 521840 |
| Jason@jswlawyer.com | Ken@minerleyfein.com |
| Florida Bar No. 356890 | Litigation@minerleyfein.com |
| | Fileclerk@minerleyfein.com |