UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-60544-CIV-MARTINEZ-OTAZO-REYES

JANET HOYT,

    Plaintiff,

vs.

BROWARD CUSTOM KITCHENS, INC.,
d/b/a BROWARD CUSTOM KITCHENS,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulated Order Dismissing Action with Prejudice without Costs or Fees to Either Party [ECF No. 12]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear their own fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2017.

                          JOSE E. MARTINEZ
                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record